Gena L. Sluga
Nathan R. Andrews
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200, Las Vegas,
Nevada 89123
Tel: (602) 792-1700
gsluga@cdslawfirm.com
nandrews@cdslawfirm.com
*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Young, an individual; Dean Young, an individual; Handy Dandy Dino, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Assured Partners of Nevada, LLC, a domestic limited liability company; Shannon Fletcher, an individual, Central Insurance Company dba Central Mutual Insurance Company, a foreign corporation, Roe Producers I-V, ROE Insurers I-V; ROE Claim Handlers I_V; ROE Companies I-V,<br><br>Defendants. | Case No. 2:25-cv-01785-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**<br><br>(Assigned to Honorable Judge Cristina D. Silva) |

Plaintiffs' and Defendant Central Insurance Company ("Central") hereby respectfully request the Court extend the deadline to respond to Plaintiffs' Complaint by 30 days, from September 29, 2025 to October 29, 2025.

Pursuant to this Court's Order dated September 30, 2025 and LR IA 6-1, this is the first stipulation to extend time—excluding the September 29, 2025 stipulation rejected for non-compliance with LR IA 6-1—to respond to Plaintiffs' Complaint. The purpose of this extension is to allow the parties time to continue to negotiate settlement of some or all of the claims in Plaintiffs' Complaint. This Stipulation was originally filed within the deadline but, through inadvertence, did not include the statements required by LR IA 6-1(a). This stipulation is made in good faith and not in an effort to delay the proceedings.

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1    DATED: September 30, 2025.

2                                                    Respectfully submitted,

3                                                    CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

4                                                    By: */s/ Gena L. Sluga*
5                                                         Gena L. Sluga
                                                         Nevada Bar No. 9910
6                                                         Nathan R. Andrews
                                                         Nevada Bar No. 16674
7                                                         8985 S. Eastern Ave., Ste. 200
                                                         Las Vegas, NV 89123
8                                                         Telephone: (702) 362-6666
                                                         Facsimile:  (702) 362-2203
9                                                         gsluga@cdslawfirm.com
                                                         nandrews@cdslawfirm.com
10

11                                                   PRICE & BECKSTROM

12                                                   By: */s/ Christopher Beckstrom (with permission)*
13                                                        Daniel R. Price
                                                         Christopher Beckstrom
14                                                        Janice J. Parker
                                                         1404 S. Jones Blvd.
15                                                        Las Vegas, Nevada 89146
16                                                        info@pbnv.law
                                                         *Attorneys for Plaintiff*
17

18

19                                                   IT IS SO ORDERED.

20

21

22                                                   U.S. MAGISTRATE JUDGE

23                                                   Date:  October 1, 2025

24

25

26

27    _____

28