Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Krysa Scully (NV Bar No. 16751)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Young, an individual; Dean Young, an individual; Handy Dandy Dino, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Assured Partners of Nevada, LLC, a domestic limited liability company; Shannon Fletcher, an individual, Central Insurance Company dba Central Mutual Insurance Company, a foreign corporation, Roe Producers I-V, ROE Insurers I-V; ROE Claim Handlers I_V; ROE Companies I-V,<br><br>Defendants. | **No. 2:25-cv-01785-CDS-EJY**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(Second Request)** |

Plaintiffs and Defendant Central Insurance Company, through undersigned counsel, hereby stipulate and agree to extend the date for Defendant Central Insurance Company to answer or otherwise plead in response to Plaintiffs' Complaint. Central Insurance Company's responsive pleading is currently due on October 29, 2025. By way of

professional courtesy, Plaintiffs hereby stipulate to extend that deadline by 30 days, with a new deadline to answer or otherwise plead by November 28, 2025. This extension of time is requested due to a death in the family of one of Defendant's counsel. Additionally, the parties are still discussing settlement. Plaintiffs agree that these are unusual circumstances that constitute good cause for a second extension of the responsive pleading deadline.

This is the <u>second</u> stipulation for extension of time to file an answer or responsive pleading.

All parties appearing in this action are represented in the stipulation.

RESPECTFULLY SUBMITTED this October 29, 2025.

| | |
|---|---|
| __/s/ Christopher Beckstrom_____ | _/s/ Nathan R. Andrews_____ |
| Christopher Beckstrom, Esq. | Gena L. Sluga, Esq. |
| Nevada Bar No. 14031 | Nevada Bar No. 9910 |
| PRICE & BECKSTROM | Nathan R. Andrews, Esq. |
| 1404 S. Jones Blvd. | Nevada Bar No. 16674 |
| Las Vegas, NV 89146 | SLUGA & MESHMECHE, LLC |
| *Attorney for Plaintiffs* | 8985 S. Eastern Ave Ste 200 |
| | Las Vegas, NV 89123 |
| | *Attorneys for Defendant Central Insurance Company* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Date: October 29, 2025

2