Gena L. Sluga
Nathan R. Andrews
**CHRISTIAN, JOHNSON,
SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200, Las Vegas,
Nevada  89123
Tel:  (602) 792-1700
gsluga@cdslawfirm.com
nandrews@cdslawfirm.com
*Attorneys for Plaintiff*

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cindy Young, an individual; Dean Young, an individual; Handy Dandy Dino, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>Assured Partners of Nevada, LLC, a domestic limited liability company; Shannon Fletcher, an individual, Central Insurance Company dba Central Mutual Insurance Company, a foreign corporation, Roe Producers I-V, ROE Insurers I-V; ROE Claim Handlers I_V; ROE Companies I-V,<br><br>Defendants. | Case No. 2:25-cv-01785-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RENEWED RULE 12(F) MOTION TO STRIKE AFFIRMATIVE DEFENSES NOS. 2, 3, 4, 5, 8, 9, 10, AND 11 (DOC. 25)**<br><br>**(FIRST REQUEST)**<br><br>(Assigned to Honorable Judge Cristina D. Silva) |

Plaintiffs' and Defendant Central Insurance Company ("Central") hereby respectfully request the Court extend the deadline for Central to respond to Plaintiffs' Renewed Rule 12(f) Motion to Strike Affirmative Defenses Nos. 2, 3, 4, 5, 8, 9, 10, and 11 (Doc. 25), filed May 14, 2026, by fifteen (15) days, from May 28, 2026 to June 12, 2026.

This is the first stipulation for an extension of time to respond to Plaintiffs' Motion. This extension of time is requested because of the complexity of Plaintiffs' Motion and because undersigned counsel is away from the office with extremely limited access to computers until June 1, 2026. This stipulation is made in good faith and not in an effort to delay the proceedings.

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

All parties appearing in this action are represented in the stipulation.

DATED: May 26, 2026.

Respectfully submitted,

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

By: */s/ Nathan R. Andrews*
    Gena L. Sluga
    Nevada Bar No. 9910
    Nathan R. Andrews
    Nevada Bar No. 16674
    8985 S. Eastern Ave., Ste. 200
    Las Vegas, NV 89123
    Telephone: (702) 362-6666
    Facsimile:  (702) 362-2203
    gsluga@cdslawfirm.com
    nandrews@cdslawfirm.com


PRICE & BECKSTROM

By: */s/ Christopher Beckstrom (with permission)*
    Daniel R. Price
    Christopher Beckstrom
    Janice J. Parker
    1404 S. Jones Blvd.
    Las Vegas, Nevada 89146
    info@pbnv.law
    *Attorneys for Plaintiff*


**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**


**Date: May 26, 2026**

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2