Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
eservice@pbnv.law
*Attorneys for Plaintiffs*

Price & Beckstrom
Attorneys At Law

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CINDY YOUNG, an individual; DEAN YOUNG, an individual; HANDY DANDY DINO L.L.C., a domestic limited-liability company;<br><br>Plaintiffs,<br><br>v.<br><br>ASSUREDPARTNERS OF NEVADA, LLC, a domestic limited-liability company; SHANNON FLETCHER, an individual; CENTRAL INSURANCE COMPANY dba CENTRAL MUTUAL INSURANCE COMPANY, a foreign corporation;<br><br>Defendants. | Case No.: 2:25−cv−~~00395~~ 01785−CDS−~~DJA~~ EJY<br><br>**STIPULATION AND ORDER TO DISMISS AFFIRMATIVE DEFENSES 2, 3, 4, AND 5, TO WITHDRAW PLAINTIFFS' RULE 12(f) MOTION TO STRIKE, AND VACATE HEARING** |

Plaintiffs Cindy Young and Dean Young ("Plaintiffs"), through their counsel of record Christopher Beckstrom of Price & Beckstrom, and Defendant Central Insurance Company, through its counsel of record, Nathan Andrews of Christian Johnson Sluga & Mushmeche, LLC, submit the instant stipulation and order to dismiss certain affirmative defenses and withdraw Plaintiff's Renewed Rule 12(f) Motion to Strike Affirmative Defenses (ECF No. 25). The instant stipulation resolves the need for a hearing on November 30, 2026 (*see* ECF Nos. 37 and 38). All parties appearing in the above-referenced suit are represented in this stipulation.

THE PARTIES STIPULATE that by agreement of counsel, and by way of compromise designed to reduce the litigation burden on the parties and upon this Court, that Defendant Central Insurance Company agrees that Affirmative Defenses 2, 3, 4, and 5 be dismissed from Defendant Central Insurance Company's Answer to Plaintiff's Complaint. (*See* ECF No. 17 at 17:23-18:2.)

THE PARTIES FURTHER STIPULATE that in consideration of this agreement, Plaintiffs agree to withdraw Plaintiff's Renewed Rule 12(f) Motion to Strike Affirmative Defenses Nos. 2, 3, 4, 5, 8, 9, 10, and 11 (ECF No. 25).

THE PARTIES FURTHER STIPULATE that this stipulation is made without prejudice to any party's right to later seek dispositive relief regarding any claim or defense.

THE PARTIES FURTHER STIPULATE that this agreement is made in connection with a partial settlement of claims that has been reached between the parties. The parties anticipate submitting further dispositive documents in the very near future.

THE PARTIES FURTHER STIPULATE that due to the withdrawal of Plaintiff's motion and the parties' resolution of this issue, the hearing currently set for November 30, 2026, at 9:00 AM may be VACATED (*see* ECF Nos. 38 and 39).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 23, 2026.

*/s/ Christopher Beckstrom*
Christopher Beckstrom, Esq.
PRICE & BECKSTROM 1404
S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorney for Plaintiffs*

Dated: August 23, 2026.

*/s/ Nathan Andrews (with permission)*
Nathan Andrews, Esq.
CHRISTIAN JOHNSON SLUGA & MUSHMECHE, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant Central Insurance Company*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must remove the gavel from Plaintiffs' Motion to Strike (ECF No. 25).

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2026



PB Price & Beckstrom Attorneys At Law